IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| HOWARD B. ODOM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:08CV480 |
| | ) |
| INTERNATIONAL PAPER COMPANY, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, Defendant International Paper Company, by counsel, hereby moves this Court to enter summary judgment in its favor on both counts of the Complaint. The grounds for its motion, which are set forth more fully in the attached memorandum of law, are that there exists no genuine issue as to any material fact and that International Paper Company is entitled to judgment as a matter of law.

WHEREFORE, Defendant International Paper Company respectfully requests that its Motion for Summary Judgment be granted and that this action be dismissed in its entirety, with prejudice. It further requests that it be awarded its costs and attorneys' fees incurred in this action.

        Respectfully submitted,

        INTERNATIONAL PAPER COMPANY


      By: __/ s /_____
        Lynn F. Jacob
        Virginia State Bar No. 21749
        Counsel for Defendant, James E. Tylke, M.D.
        WILLIAMS MULLEN, P.C.
        P.O. Box 1320
        Richmond, Virginia 23218-1320
        Telephone: (804) 783-6427
        Facsimile:  (804) 783-6507
        ljacob@williamsmullen.com


Matthew S. Sheldon
Virginia State Bar No. 73734
Local Counsel for Defendant
WILLIAMS MULLEN, P.C.
222 Central Park Avenue, Suite 1700
Virginia Beach, Virginia 23462-3035
Telephone: (757) 473-5398
Facsimile:  (757) 473-0395
msheldon@williamsmullen.com

Jessica A. Neal (admitted *pro hac vice*)
Tennessee Bar No. 023328
Counsel for Defendant
INTERNATIONAL PAPER COMPANY
6400 Poplar Avenue
Memphis, TN  38917
Telephone: (901) 419-6891
Facsimile:  (901) 214-2677
jessica.neal@ipaper.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2009, I will electronically file the foregoing Motion for Summary Judgment and supporting memorandum with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF), and will also cause this motion and supporting memorandum to be served via hand delivery, to the following:

>Carolyn P. Carpenter
>Virginia Bar No. 22982
>Carolyn P. Carpenter, P.L.C.
>Counsel for Plaintiff
>P.O. Box 25602
>Richmond, VA  23260
>(804) 233-8088
>(804) 233-8099 - Facsimile
>ccarpenterlaw@comcast.net


>By: ___/ s /_____
>Lynn F. Jacob
>Virginia State Bar No. 21749
>Local Counsel for Defendant
>WILLIAMS MULLEN, P.C.
>P.O. Box 1320
>Richmond, Virginia 23218-1320
>Telephone: (804) 783-6427
>Facsimile:  (804) 783-6507
>ljacob@williamsmullen.com

6586682_2.DOC